UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RONALD WYNS,

    Petitioner,

v.                                                                                               CASE NO. 6:13-cv-1538-Orl-37TBS

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.

## ORDER

Petitioner filed a habeas petition challenging his state court convictions. *See* Doc. No. 1. However, Petitioner previously filed Case No. 6:89-cv-720-Orl-19, which was denied with prejudice on October 10, 1990. Thus, the Court issued an order to show cause why the instant petition should not be dismissed because it is successive, which would require Petitioner to move in the Eleventh Circuit Court of Appeals for an order authorizing this Court to consider the application. *See* Doc. No. 5; *see also* 28 U.S.C. § 2244(b)(3)(A).

In response to the order to show case, Petitioner does not dispute that he had a prior habeas petition which was denied. Instead, he argues that the instant petition should not be dismissed because he is raising a newly discovered claim establishing his actual innocence that was not previously raised in his initial habeas petition. (Doc. No. 6.) Nevertheless, before Petitioner may proceed with a second habeas action, he must

obtain authorization from the Eleventh Circuit Court of Appeals to do so. *See* 28 U.S.C. § 2244(b)(3)(A). Consequently, this case will be dismissed without prejudice to allow Petitioner the opportunity to seek authorization from the Eleventh Circuit Court of Appeals.

Petitioner should be aware that § 2244(b)(2) limits the circumstances under which the Court of Appeals will authorize the filing of a second or successive habeas corpus petition. Furthermore, 28 U.S.C. § 2244(d) imposes a time limitation on the filing of a habeas corpus petition. Petitioner in seeking relief in the Court of Appeals should be cognizant of both these provisions.

Accordingly, it is now **ORDERED AND ADJUDGED**:

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court is directed to close this case, enter judgment, and send Petitioner an "Application for Leave to File a Second or Successive Habeas Corpus Petition 28 U.S.C. § 2244(b) By a Prisoner in State Custody" form.

**DONE AND ORDERED** at Orlando, Florida, this 27th day of December, 2013.

ROY B. DALTON JR.
United States District Judge

Copies to:

OrlP-1 12/27
Ronald Wyns